IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OSCAR F. HUERTA,

    Petitioner,

v.                                                                                                No. 2:24-cv-1207 SMD/DLM

ANISSA C. NORIEGA,

    Respondent.

## **ORDER OF DISMISSAL**

**THIS MATTER** is before the Court following Petitioner Oscar F. Huerta's failure to prosecute his Habeas Petition challenging his state charges (Doc. 1). Petitioner filed this *pro se* case while incarcerated at the Lea County Correctional Facility in Hobbs, New Mexico. By Order entered September 30, 2025, the Court noted that the New Mexico Corrections Department inmate locator website reflects Petitioner has been released, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* (Doc. 2). The Court directed Petitioner to update his address in writing within thirty days or show cause why this case should not be dismissed. *Id.* The Order warns that the failure to timely comply may result in dismissal of this action without further notice. *Id.*

The deadline to provide a new address was October 30, 2025. Petitioner did not comply or otherwise respond to the Order, which was also returned as undeliverable with the notation "No Longer Here." (Doc. 3). Accordingly, the Court will dismiss the Petition without prejudice under Fed. R. Civ. P. 41(b) "for failure to … comply with [civil rules and] court orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). To the extent necessary, the Court will also deny a

certificate of appealability (COA) under Habeas Corpus Rule 11, as the failure to prosecute is not reasonably debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (to obtain COA, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment . . . debatable or wrong"); *DeAtley v. Williams*, 782 F. App'x 736, 737 (10th Cir. 2019) (declining to issue a COA after district court dismissed habeas petition under Rule 41(b)).

**IT IS THEREFORE ORDERED** that Petitioner Oscar F. Huerta's Habeas Petition (Doc. 1) is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the Court will enter a separate judgment closing the civil habeas case.

_____
UNITED STATES DISTRICT JUDGE