IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OSCAR F. HUERTA,

    Petitioner,

v.                                         No. 2:24-cv-1207 SMD/DLM

ANISSA C. NORIEGA,

    Respondent.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice** and a certificate of appealability is denied.

_____
UNITED STATES DISTRICT JUDGE